UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| DWUANE ANDERSON,<br>Petitioner | CIVIL ACTION NO. 1:16-CV-1688-P |
| VERSUS | JUDGE DONALD E. WALTER |
| FEDERAL BUREAU OF<br>PRISONS,<br>Respondent | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objection thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that the § 2241 petition is hereby DENIED and DISMISSED with prejudice.

THUS DONE AND SIGNED at Shreveport, Louisiana, this 12 day of April, 2017.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE